# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 2, 2025

CL-2024-0720

D.B.B. v. D.H. (Appeal from Mobile Juvenile Court:  CS-23-900136).

CL-2024-0721

D.B.B. v. D.H. (Appeal from Mobile Juvenile Court:  CS-23-900136.01).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Lewis, JJ., concur.

Seth P. Rhodebeck, Clerk